UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHARLES D. FREELAND,            )<br>                                                      )<br>                         Petitioner,  )<br>v.                                                  )       No. 1:07-cv-343-RLY-TAB<br>                                                      )<br>WARDEN, Plainfield Correctional  )<br> Facility,                                         )<br>                                                      )<br>                         Respondent.  ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 08/03/2007

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles Freeland
# 140740
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

Kelly A. Miklos
OFFICE OF THE INDIANA ATTORNEY GENERAL
kelly.miklos@atg.in.gov